UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Cause No. 4:22-cr-00014-SEB-VTW-01 |
| | ) |
| KEVIN SCHICKEL, | ) |
| | ) |
| Defendant, | ) |
| | ) |
| KENNY KENT TOYOTA, | ) |
| | ) |
| Garnishee. | ) |

## AGREED FINAL ORDER IN GARNISHMENT

The parties, the United States of America; the Defendant, Kevin Schickel; and the

Garnishee, Kenny Kent Toyota, agree and stipulate as follows:

1.    The Defendant's name is Kevin Schickel, Social Security Number xxx-xx-7997,

and his last known address is XXXXXXXXXXXXXXXXXXXXXXXXXXX.

2.    A judgment was entered against Defendant Kevin Schickel, in the amount of

$155,455.00.

3.    The balance due on the judgment is $154,880.00 as of today's date.

3.    The Garnishee, Kenny Kent Toyota, has in its possession, custody or control,

property of Defendant, that is: wages.

4.      The Defendant waives service of an application for a writ of continuing garnishment pursuant to the Federal Debt Collection procedures Act of 1990, 28 U.S.C. § 3205.

5.      Garnishee Kenny Kent Toyota waives service of an application for a writ of continuing garnishment pursuant to the Federal Debt Collection Procedures Act of 1990, 28. U.S.C. § 3205 and further waives it rights to answer and be heard in this matter and any other process to which the Garnishee may be entitled under the Federal Debt Collection Procedures Act of 1990.

6.      The Defendant agrees and stipulates that his wages are subject to garnishment under § 3205 of the Federal Debt Collection Act, 28 U.S.C. § 3205 and expressly agrees and stipulates that the entry of a Final Order in Garnishment is proper in this case.

7.      The parties therefore agree and stipulate to the entry of a final order in garnishment against the non-exempt wages of the Defendant. It is expressly agreed and stipulated to by the parties that the Garnishee, Kenny Kent Toyota, shall pay the United States, **at least bi-weekly**:

A minimum of 15 percent of Defendant Kevin Schickel's disposable earnings.

To calculate disposable earnings, subtract the following from wages, commissions, and income:

1.      Federal Income Tax

2.      Federal Social Security Tax;

3.      Indiana Adjusted Gross Income Tax;

4.      County Option Tax (if any).

8. The parties further agree and stipulate that these sums are to be applied upon the judgment rendered in this cause in the sum of $155,455.00, upon which there is an unpaid balance of $154,880.00 as today's date. These deductions are to continue until the unpaid balance, plus accruing interest (if any), is fully paid and satisfied.

Checks should be made payable to:

CLERK, U.S. DISTRICT COURT

and mailed to:

Clerk, U.S. District Court
Room 105, United States Courthouse
46 East Ohio Street
Indianapolis, IN 46204

9. This order shall take effect after all prior orders in garnishment have been satisfied.

Respectfully submitted,

ZACHARY A. MYERS
United States Attorney

By:     *s/ Kelly Rota*
        Kelly Rota
        Assistant United States Attorney
        Office of the United States Attorney
        Southern District of Indiana
        10 West Market Street, Suite 2100
        Indianapolis, IN 46204-3048
        Phone: (317) 226-6333
        Email: Kelly.Rota@usdoj.gov

_____
Kevin Schickel, Defendant

_____
Kenny Kent Toyota, Garnishee

SO ORDERED.

Date: ___5/20/2024___

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Kelly Rota
Assistant United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN 46204

Kevin Schickel
xxxxxxxxxxxxx
xxxxxxxxxxxxx

Kenny Kent Toyota
Attn: Kim Clark
5600 Division Street
Evansville, IN 47715